EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 3 2004

at ⌐ o'clock and _00_ min. _P_ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| ) | |
|      Plaintiff, ) | INDICTMENT **CR 04 - 0 0 1 8 5 SOM** |
| ) | |
|   vs. ) | [21 U.S.C. §§ 846; 841(a)(1); |
| ) | 841(b)(1)(A)] |
| JOSE DELA CRUZ   (01) ) | |
| JOHN DELA CRUZ   (02) ) | |
| AARON NAKASHIMA  (03) ) | |
| ) | |
|      Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least

beginning by early April, 2004 and continuing to May 5, 2004, in

the District of Hawaii and elsewhere, JOSE DELA CRUZ, JOHN DELA

CRUZ, and AARON NAKASHIMA, the defendants, did willfully and

unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

The Grand Jury further charges:

On April 17, 2004, in the District of Hawaii, JOHN DELA CRUZ, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT 3

The Grand Jury further charges:

On or about May 5, 2004, in the District of Hawaii, JOSE DELA CRUZ, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

DATED: May __13__, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


FLORENCE T. NAKAKUNI
Chief, Narcotics Section


KENNETH M. SORENSON
Assistant U.S. Attorney

3