AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:04CR00185-003 | Judgment - Page 2 of 6 |
| DEFENDANT: AARON NAKASHIMA | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY SEVEN (27) MONTHS .

[✔]   The court makes the following recommendations to the Bureau of Prisons:
1) Sheridan; 2) Educational and Vocational Training; 3) 500 Hour Comprehensive Drug Treatment Program.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[✔]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[✔] before 10:00 a.m. on 12/1/05 .
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on 12-13-05 to FPC She
at Sheridan, OR , with a certified copy of this judgment.

Charles A. Daniels, Warden
UNITED STATES MARSHAL

By R. Buckley
Deputy U.S. Marshal